UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ROBERT PILCHMAN,

              Plaintiff,                                JUDGMENT
                                                         15-CV-3641 (WFK) (LB)

v.

BROOKLYN PUBLIC LIBRARY,

              Defendant.
------------------------------------------------------------ X

       A Decision and Order of Honorable William F. Kuntz II, United States District Judge, having been filed on December 17, 2019, granting Defendant's motion to dismiss in its entirety; it is

       ORDERED and ADJUDGED that Defendant's motion to dismiss is granted in its entirety.

| | |
|---|---|
| Dated: Brooklyn, NY<br>       December 18, 2019 | Douglas C. Palmer<br>Clerk of Court |
| | By:   /s/*Jalitza Poveda*<br>        Deputy Clerk |